Bron E. D'Angelo, Esq., SBN 246819
Brian P. Suba, Esq., SBN 276526
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Boulevard, Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com
bsuba@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA RAMIREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: 2:16-cv-07268-PSG-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL**<br>**[FRCP 41]; ORDER**<br><br>Courtroom: 6A<br>District Judge: Philip S. Gutierrez<br>Magistrate Judge: Michael R. Wilner<br>Complaint Filed: January 29, 2016<br>Trial Date: Not Assigned yet |

Plaintiff MARIA RAMIREZ and Defendant WAL-MART STORES, INC., by and through their designated counsel, hereby stipulate to the voluntary dismissal with prejudice of the entire action in this case. These dismissals are made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have reached a confidential resolution of their disputes.

**IT IS SO STIPULATED.**

RAYMOND GHERMEZIAN, APLC

Dated: 2-6-18    By: _____
Raymond Ghermezian, Esq.
Attorney for Plaintiff
MARIA RAMIREZ
Email: rghermezianlaw@hotmail.com

[signatures continued on page 2]

1

JOINT STIPULATION FOR DISMISSAL
CASE NO. 2:16-CV-7268

Dated: March 8, 2018

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

*Brian P. Suba /s/*

By: _____
Bron E. D'Angelo, Esq.
Brian P. Suba, Esq.
Attorneys for Defendant
**WAL-MART STORES, INC.**
bdangelo@pettitkohn.com
bsuba@pettitkohn.com

> **IT IS SO ORDERED.**
>
> **DATED:** 3/14/18
>
> _____
> **U.S. DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

was/were served on this date to counsel of record:

**JOINT STIPULATION FOR DISMISSAL**

[ X ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Raymond Ghermezian, Esq.
8383 Wilshire Boulevard, Suite 950
Beverly Hills, CA 90211
Tel: (323) 900-5800
Fax: (323) 900-5801
Email: rghermezianlaw@hotmail.com
Attorneys for Plaintiff, MARIA R.AMIREZ

Payam Tishbi, Esq.
TISHBI LAW FIRM, APC
19040 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Tel: (310) 997-2557
Fax: (310) 997-2568
Email: ptishbi@tishbilaw.com
Associated counsel for Plaintiff, MARIA RAMIREZ

Executed on March 9, 2018 at Los Angeles, California.

_____
Lisa Seals